**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CAUSE NO. 4:23-CR-00473** |
| | § | |
| **AVERY FRANK BASS** | § | |

---

### DEFENDANT'S NOTICE OF APPEAL

---

Defendant Avery Frank Bass files this appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment of conviction entered on June 14, 2024, [Dkt. No. 61].

Respectfully submitted,

/s/     Joyce Raynor
Joyce Raynor
Attorney for Defendant,
Avery F. Bass
TBN: 00789572
9894 Bissonnet #320
Houston, Texas 77036
Tel: (713) 988-5533
Fax: (281) 438-0982
jraynorcarr@gmail.com

**<u>Certificate of Service</u>**

I certify that a true and correct copy of the defendant's Notice of Appeal was provided to Counsel for the Government via the Southern District of Texas CM/ECF electronic filing system on this the 27th day of June 2024.

/s/    Joyce Raynor
Joyce Raynor
Attorney for Defendant,
Avery Frank Bass